In the United States District Court
For the Southern District

------------------------------------X
SEAN SALLEY,                        :
    Plaintiff,                      : MOTION TO STRIKE
                                    : DEFENDANTS
    -against-                       :
                                    : DOCKET NO.: Salley v.
MICHAEL CAPRA, et al.,              : Capra, 23-CV-4566 (KMK)
------------------------------------X

    Plaintiff, respectfully submits this motion in the above-mentioned case, to strike the following defendants from the case.

    Plaintiff seeks to strike Defendants' Mr. Thorpe and L. Jackson-Smith due to their lack of involvement described in Plaintiff's complaint.

    Additionally, Plaintiff respectfully requests the Court to fix the clerical error of listing Green Haven Correctional Facility that Plaintiff was transferred from. The correct facility that Plaintiff was transferred from is Great Meadow Correctional Facility. Thus, Plaintiff is respectfully requesting the Court to change the error.

Respectfully Submitted,

/s/ Sean Salley

Mr. Sean Salley
Pro se

Granted. Defendants Thorpe and Jackson-Smith are dismissed from this Action, without prejudice. Also, the Court notes the "clerical error" regarding the institution from which Plaintiff was transferred, which should be listed as Great Meadow Correctional Facility. The Clerk is asked to mail a copy of this document to Plaintiff.

So Ordered.
2/12/24

**SHAWANGUNK CORRECTIONAL FACILITY**
P.O. BOX 700
WALLKILL, NEW YORK 12589

NAME: Mr. Sean Salley   DIN: 02A4785

ALBANY NY 120
SHAWANGUNK
5 FEB 2024 PM 4 L

NEOPOST
02/05/2024
US POSTAGE $000.64

FIRST-CLASS MAIL

USM
SDNY

Clerk of Court
United State District Court
Southern District of New York
Pro se Intake Unit
500 Pearl Street
New York, NY 10007

Legal Mail

10007-133099