UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
SEAN SALLEY,  :  23-CV-4566 (KMK)
:
                       Plaintiff,  :
:  [PROPOSED] ORDER
        - against -  :
:
MICHAEL CAPRA, et al.,  :
:
                       Defendants.  :
-------------------------------------------------------------------- X

      Pursuant to Rule 30(a) (2) (B) of the Federal Rules of Civil Procedure, it is hereby ordered that counsel for Defendants Superintendent Michael Capra and Dr. Tasbirul Alam in this action may take the deposition, before a person authorized to administer oaths, of Plaintiff Sean Salley, Department Identification Number 02-A-3570, incarcerated at the Shawangunk Correctional Facility ("Shawangunk"), New York, by videoconference on July 10, 2025, and/or on any adjourned date as agreed upon by the parties, with Plaintiff attending from Shawangunk, and Defendants' counsel and a court reporter attending from their offices.

Dated: White Plains, New York
      ~~July Xx, 2024~~
      July 8, 2025

                                                          _____
                                                          Hon. Kenneth M. Karas
                                                          United States District Judge

TO:

Sean Salley, *pro se* (02-A-4785)
Shawangunk Correctional Facility / P.O. Box 700
Wallkill, NY 12589

1